IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY PROCEEDING |
| JON CHRISTOPHER EVANS | CASE NO. 09-03763-NPO |
| *Jointly Administered with Related Cases* | Chapter 7 |

| | |
|---|---|
| G&B INVESTMENTS, INC. | PLAINTIFF |
| VS. | ADV. PROC. NO. 10-00040-NPO |
| DEREK A. HENDERSON, TRUSTEE FOR THE BANKRUPTCY ESTATE OF JOHN CHRISTOPHER EVANS, ET AL | DEFENDANTS |

**AGREED ORDER**

THIS MATTER COMES before the Court upon the Motion of Plaintiff G&B Investments, Inc. for an extension to the discovery deadlines in this case [Dkt. No. 123], the response by Bank of Forest [Dkt. No. 131], and the objection filed by Mississippi Valley Title Insurance Company and Old Republic National Title Insurance Company [Dkt. No. 132]. After reviewing the facts and considering the same, the Court finds that the Motion is granted in part and denied in part. The following dates under the current scheduling order [Dkt. No. 20] are hereby revised:

| Scheduled Event | Current Date | Amended Date |
|---|---|---|
| All parties shall designate experts and exchange expert reports; | November 1, 2010 | December 1, 2010 |
| All fact discovery shall be completed; | November 12, 2010 | December 13, 2010 |
| All expert discovery shall be completed. | November 30, 2010 | December 30, 2010 |
| Dispositive Motion deadline | December 15, 2010 | December 22, 2010 |

Any and all responses to dispositive motions shall be filed on or before January 4, 2011.  Any and all replies to dispositive motions shall be filed on or before January 11, 2011.

    SO ORDERED.

_____
Neil P. Olack
United States Bankruptcy Judge
Dated:  November 19, 2010

Submitted by:

/s/ *Scott Jones*
M. SCOTT JONES, MSB #102239
ATTORNEY FOR MISSISSIPPI VALLEY TITLE
INSURANCE COMPANY AND OLD REPUBLIC
NATIONAL TITLE INSURANCE COMPANY
Adams and Reese LLP
PO Box 24297
Jackson, MS 39225-4297
(601) 292-0794
scott.jones@arlaw.com

AGREED TO AND APPROVED BY:

/s/ *Richard Montague* (by express permission)
RICHARD MONTAGUE MSB #3411
Attorney for G&B Investments, Inc.
Wells, Moore, Simmons & Hubbard, PLLC
4450 Old Canton Road, Suite 200
Jackson, MS 39211
Post Office Box 1970
Jackson, MS 39215-1970
(601) 354-5400
rmontague@wellsmoore.com


/s/ *William Liston, III* (by express permission)
WILLIAM LISTON, III, MSB #8482
ATTORNEY FOR Bank of Forest
LISTON/LANCASTER PLLC
PO Box 14127
Jackson, MS 39236
wlist3@aol.com


/s/ *Michael S. MacInnis* (by express permission)
MICHAEL S. MACINNIS, MSB #8376
ATTORNEY FOR MERCHANTS & FARMERS BANK
Rawlings & McInnis
PO Box 1789
Madison, MS 39130-1789
jeffdrawlings@bellsouth.net