**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

IN RE:

    JON CHRISTOPHER EVANS,                       CASE NO. 09-03763-NPO

    DEBTOR.                                                       CHAPTER 7

*Jointly Administered with Related Cases*

---

**G&B INVESTMENTS, INC.**
        **PLAINTIFF**

VS.                                                         ADV. PROC. NO. 10-00040-NPO

**DEREK A. HENDERSON, TRUSTEE FOR THE**
**BANKRUPTCY ESTATE OF JON CHRISTOPHER**
**EVANS,** *et al.*                                                  **DEFENDANTS**

---

**G&B'S DESIGNATION OF EXPERTS**

---

      COMES NOW, G&B Investments, Inc., by and through its attorney, and provide the following disclosure of experts pursuant to the Federal Rules of Bankruptcy Procedure and the Orders of this Court, as follows:

    1. George M. Pierson
       Pierson Settlement and Title Services
       3935 Berkley Hill Avenue
       Baton Rouge, LA 70809-2430

Mr. Pierson is expected to testify in accordance with his report which is attached as Exhibit "A".

2. Since discovery in this matter is ongoing and not completed, G&B Investments, Inc., reserves the right to amend and/or supplement its designation should additional information be developed in discovery which requires same.

Respectfully submitted,

G&B INVESTMENTS, INC.

/s/Michael V. Cory, Jr.
MICHAEL V. CORY, JR.

OF COUNSEL:

DALE DANKS (MSB# 5789)
ddanks@dmc-law.net
MICHAEL V. CORY, JR. (MSB# 9868)
mc@dmc-law.net
Danks, Miller & Cory
(An Association of Professional Corporations)
213 S. Lamar Street, 39201
P.O. Office Box 1759
Jackson, Mississippi 39215-1759
Telephone: 601.957.3101
Facsimile: 601.957.3160

**CERTIFICATE OF SERVICE**

I, Michael V. Cory, Jr., hereby certify that I have on this date served, via electronic mail transmittal a true and correct copy of the above and foregoing to the following:

| | |
|---|---|
| M. Scott Jones, Esq.<br>Adams and Reese, LLP<br>Scott.jones@arlaw.com<br>Attorneys for Miss. Valley Title<br>Ins. Co. and Old Republic<br>National Title Ins. Co. | R. Michael Bolen, U.S. Trustee<br>USTPRegion05.JA.ECF@usdoj.gov<br><br>J. Mark Franklin III, Esq.<br>McKay Simpson Lawler<br>mfranklin@mckaysimpson.com<br>Attorney for Bank First Financial |
| William C. Brabec, Esq.<br>Adams & Reese, LLP<br>bill.brabec@arlaw.com<br>Attorneys for Miss. Valley Title<br>Ins. Co. and Old Republic National<br>Ins. Co. | W. Lawrence Deas, Esq.<br>Deas & Deas<br>lawrence@deaslawfirm.com<br><br>William Liston, III, Esq.<br>Liston/Lancaster PLLC |
| Mason E. Lowe, Esq.<br>Bradley Arant Boult Cummings LLP<br>mlowe@babc.com<br>Attorney for Mississippi Valley Title | Wlist3@aol.com<br><br>Kristina M. Johnson, Esq.<br>kjohnson@watkinsludlam.com<br>Attorney for Bank of Forest |
| Derek A. Henderson, T1<br>d_henderson@bellsouth.net<br>Trustee for Jon Christopher Evans<br>And the Jointly Administered Estates | John G. Corlew, Esq.<br>Corlew, Munford & Smith, PLLC<br>jcorlew@cmslawyers.com<br>Attorney for Bank of Forest |
| Stephen Smith, Ch. 7 Trustee<br>Stephen@smithcpafirm.com<br>Trustee for Charles H. Evans, Jr. | Kathy K. Smith, Esq.<br>Corlew, Munford & Smith, PLLC<br>Attorney for Bank of Forest |
| Jeffrey Kyle Tyree, Esq.<br>Harris Jernigan & Geno, PLLC<br>jktyree@harrisgeno.com<br>Attorney for Trustee Stephen Smith | G. Todd Burwell, Esq.<br>tburwell@gtbpa.com<br>Attorney for Bank of Forest |
| Tylvester O. Goss, Esq.<br>Davis Goss & Williams<br>bankruptcy@dgwlaw.com<br>Attorney for Jon Cristopher Evans,<br>Debtor | Janet McMurtray, Esq.<br>Watkins Ludlam Winter & Stennis<br>jmcmurtray@watkinsludam.com<br>Attorney for Bank of Forrest |

3

Patrick F. McAllister, Esq.
Williford, McAllister & Jacobus, LLP
pmcallister@wmjlaw.com
Attorney for Community Bank

Richard Montague, Esq.
Wells, Moore, Simmons & Hubbard
rmontague@wellsmoore.com
Attorney for G&B Investments, Inc.

Ashlee Ellis Hederman
Wells, Moore, Simmons & Hubbard
hederman@wellsmoore.com
Attorney for G&B Investments, Inc.

Rory Paul Randall, Jr., Esq.
Randall Segrest & Weeks, PLLC
prandall@randallsegrest.com
Attorney for Dodd Enterprises

Richard C. Bradley, III., Esq.
Daniel Coker Horton & Bell, P.A.
rbradley@danielcoker.com
Attorney for Charles H. Evans, Jr.

Jeff D. Rawlings, Esq.
jeffdrawlings@bellsouth.net
Attorney for Merchants & Farmers

Michael S. MacInnis, Esq.
Rawlings & MacInnis, P.A.
mikems@bellsouth.net
Attorney for Merchants & Farmers

Michael D. Simmons, Esq.
Cosmich, Simmons & Brown, PLLC
mike@cs-law.com
Attorney for Heritage Banking

Gene D. Berry, Esq.
genedberry@berryfirm.net
Attorney for BankFirst Financial Ser.

Terry R. Levy, Esq.
Daniel Coker Horton & Bell, P.A.
tlevy@danielcoker.com
Attorney for Charles H. Evans. Jr.

This the 1st day of December, 2010.

/s/ *Michael V. Cory, Jr.*
MICHEAL V. CORY, JR.