UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

| | |
|---|---|
| JON CHRISTOPHER EVANS, | CAUSE NO. 09–03763–NPO |
| DEBTOR | CHAPTER 7 |

*Jointly Administered with Related Cases*

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| G&B INVESTMENTS, INC. | PLAINTIFF |
| VS. | ADV. PROC. NO. 10–00040–NPO |
| DEREK A. HENDERSON, TRUSTEE FOR THE BANKRUPTCY ESTATE OF JON CHRISTOPHER EVANS, Et Al. | DEFENDANTS |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| MISSISSIPPI VALLEY TITLE INSURANCE COMPANY And OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY | THIRD PARTY PLAINTIFF |
| VS. | |
| CHARLES H. EVANS, JR., INDIVIDUALLY, And THE EVANS FIRM | THIRD PARTY DEFENDANT |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MOTION OF DEFENDANT CHARLES H. EVANS, JR.,
FOR PARTIAL RELIEF FROM DISCOVERY DEADLINE

Defendant Charles H. Evans, Jr., hereinafter ("Movant") moves for partial relief from the discovery deadline concerning exchange of reports for designated expert witnesses. Movant also requests expedited consideration of this motion. In support of this motion, Movant states as follows:

1.

Pursuant to the this Court's Order entered on November 19, 2010 (Dkt. # 243), the deadline both for designating experts and exchanging expert reports in this case is December 1, 2010. As provided in the order, Movant has served other counsel with a statement designating an expert witness and with a written report signed by the designated expert which Movant believes substantially complies with the Court's order and with Federal Rule of Civil Procedure 26(a)(2). Movant has provided the other parties in this case with a report signed by the witness which states the witness's opinion of the market value of Tract T-1 and of the market value of Tracts T-2 and T-3 and states his compensation and states his qualifications and publications and lists the cases in which he has previously testified and attaches an exhibit used to support his opinions.

2.

Out of an abundance of caution, Movant requests additional time for the witness to supplement his report with more detailed information of the data and other material he considered in formulating his opinions because, when the witness was engaged by Movant, he was already obligated to provide written appraisals for other clients on December 3 and December 7 and the preparation of those reports could not be postponed. The witness will provide the written supplement as soon as possible but no later than December 10, 2010.

3.

The delay in providing the supplemental information from the expert will not prejudice any party as there will be ample time after service of the supplement and before December 30, 2010, for any interested party to take the deposition of the witness, should anyone desire to do

so and because the supplemental information will not change the witness's opinions of the value of the tracts in question.

4.

Movant has attached as Exhibit "A" a proposed order regarding the relief requested.

WHEREFORE, Charles H. Evans, Jr., prays for an extension until December 10, 2010, of the time for its designated expert witness to supplement his report as stated in this motion and prays for expedited consideration of this motion and requests that the Court enter an order in substantially the form attached hereto as Exhibit "A" granting the relief requested.

This the 1st day of December, 2010.

                                        Respectfully submitted,

                                        CHARLES H. EVANS, JR.

                                        BY:   /s/ Terry R. Levy
                                                   OF COUNSEL

                                        BY:   /s/ Richard C. Bradley III
                                                   OF COUNSEL

TERRY R. LEVY - BAR # 1225
tlevy@danielcoker.com
RICHARD C. BRADLEY III - BAR # 4269
rbradley@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE: (601) 969-7607
FACSIMILE: (601) 969-1116

**CERTIFICATE OF SERVICE**

      I hereby certify that, on December 1, 2010, I electronically filed the foregoing Motion with the Clerk of the Court using the ECF system which will send notification of such filing to all parties receiving electronic notice:

M. Scott Jones, Esq.
Adams and Reese LLP
scott.jones@arlaw.com
Attorneys for Miss. Valley Title Ins. Co.
and Old Republic Nat'l Title Ins. Co.

William C. Brabec, Esq.
Adams & Reese LLP
bill.brabec@arlaw.com
Attorneys for Miss. Valley Title Ins. Co.
and Old Republic Nat'l Title Ins. Co.

Mason E. Lowe, Esq.
Bradley Arant Boult Cummings LLP
mlowe@babc.com
Attorney for Miss Valley Title Ins. Co.

Derek A. Henderson, T1
d_henderson@bellsouth.net
Trustee for Jon Christopher Evans and the
Jointly Administered Estates

Stephen Smith, Ch. 7 Trustee
stephen@smithcpafirm.com
Trustee for Charles H. Evans, Jr.

Jeffrey Kyle Tyree, Esq.
Harris Jernigan & Geno, PLLC
jktyree@harrisgeno.com
Attorney for Trustee Stephen Smith

Tylvester O. Goss, Esq.
Davis Goss & Williams
bankruptcy@dgwlaw.com
Attorney for Jon Christopher Evans,
Debtor

R. Michael Bolen, U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

J. Mark Franklin III, Esq.
McKay Simpson Lawler
mfranklin@mckaysimpson.com
Attorney for Bank First Financial Services

W. Lawrence Deas, Esq.
Deas & Deas
lawrence@deaslawfirm.com
Attorney for Bank of Forest

William Liston, III
Liston/Lancaster PLLC
Wlist3@aol.com

Kristina M. Johnson, Esq.
kjohnson@watkinsludlam.com
Attorney for Bank of Forest

John G. Corlew, Esq.
Corlew, Munford & Smith, PLLC
jcorlew@cmslawyers.com
Attorney for Bank of Forest

Kathy K. Smith, Esq.
Corlew, Munford & Smith, PLLC
ksmith@cmslawyers.com
Attorney for Bank of Forest

G. Todd Burwell, Esq.
tburwell@gtbpa.com
Attorney for Bank of Forest

Document      Page 5 of 5

Janet McMurtray, Esq.
Watkins Ludlam Winter & Stennis, PA
jmcmurtray@watkinsludlam.com
Attorney for Bank of Forest

Patrick F. McAllister, Esq.
Williford, McAllister & Jacobus, LLP
pmcallister@wmjlaw.com
Attorney for Community Bank
   of Mississippi

Richard Montague, Esq.
Wells, Moore, Simmons & Hubbard, PLLC
rmontague@wellsmoore.com
Attorney for G & B Investments, Inc.

Ashlee Ellis Hederman
Wells, Moore, Simmons & Hubbard, PLLC
hederman@wellsmoore.com
Attorney for G & B Investments, Inc.

John G. Holaday, Esq.
Holaday Moorehead & Eaton
john@msattys.com
Attorney for G&B Investments, Inc.

Lucy Elizabeth Johnson, Esq.
Holaday Moorehead & Eaton
elizabeth@msattys.com
Attorney for G&B Investments, Inc.

Michael V. Cory, Jr., Esq.
Danks Miller & Cory
mcory@dmhclaw.com
Attorney for G&B Investments, Inc.

Dale Danks, Jr.
Danks Miller & Cory
ddanks@dmhclaw.com
Attorney for G&B Investments, Inc.

Jeff D. Rawlings, Esq.
jeffdrawlings@bellsouth.net
Attorney for Merchants & Farmers Bank

Michael S. MacInnis
Rawlings & MacInnis, P.A.
mikems@bellsouth.net
Attorney for Merchants & Farmers Bank

Michael D. Simmons, Esq.
Cosmich, Simmons & Brown, PLLC
mike@cs-law.com
Attorney for Heritage Banking Group

Gene D. Berry Esq.
genedberry@berryfirm.net
Attorney for BankFirst Financial Services

Rory Paul Randall, Jr., Esq.
Randall Segrest & Weeks, PLLC
prandall@randallsegrest.com
Attorney for Dodd Enterprises

This, the 1st day of December, 2010.

/s/ Richard C. Bradley III