UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

| | |
|---|---|
| JON CHRISTOPHER EVANS, | CAUSE NO. 09–03763–NPO |
| DEBTOR | CHAPTER 7 |

*Jointly Administered with Related Cases*

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| G&B INVESTMENTS, INC. | PLAINTIFF |
| VS. | ADV. PROC. NO. 10–00040–NPO |
| DEREK A. HENDERSON, TRUSTEE FOR THE BANKRUPTCY ESTATE OF JON CHRISTOPHER EVANS, Et Al. | DEFENDANTS |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| MISSISSIPPI VALLEY TITLE INSURANCE COMPANY And OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY | THIRD PARTY PLAINTIFF |
| VS. | |
| CHARLES H. EVANS, JR., INDIVIDUALLY, And THE EVANS FIRM | THIRD PARTY DEFENDANT |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**AGREED ORDER**

This day there came on for consideration the Motion for Partial Relief From Discovery Deadline (Dkt ____) filed by defendant Charles H. Evans, Jr. The Court, being fully advised in the premises, finds that good cause exists to allow additional time for Movant to serve the supplemental written report of his designated expert and accordingly finds that partial relief requested in the motion should be granted.

IT IS, THEREFORE, ORDERED that defendant Charles H. Evans, Jr. shall have until

December 10, 2010, to serve copies of the supplemental written report of his designated expert witness.

    SO ORDERED,

Submitted by:

RICHARD C. BRADLEY III - BAR # 4269
rbradley@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE: (601) 969-7607
FACSIMILE: (601) 969-1116


AGREED TO AND APPROVED BY:

/s/ Michael V. Cory, Jr. (by express permission)
MICHAEL V. CORY, JR., MSB # 9868
Attorney for G&B Investments, Inc.
Danks Miller Hamer & Cory
Post Office Box 1759
Jackson, MS 39215–1759
601–957–3101
mcory@dmhclaw.com



/s/ Jeff D. Rawlings (by express permission)
JEFF D. RAWLINGS, MSB # 4642
Attorney for Merchants & Farmers Bank
Rawlings & McInnis
Post Office Box 1789
Madison, MS 39130–1789
601–605–8522
jeffdrawlings@bellsouth.net