UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

JON CHRISTOPHER EVANS                                                CASE NO. 09-03763-NPO

DEBTOR                                                                              CHAPTER 7

*Jointly Administered with Related Cases*

---

G&B INVESTMENTS, INC.                                                PLAINTIFF

versus                                                                                ADV. PROC. NO. 10-00040-NPO

DEREK A. HENDERSON, TRUSTEE FOR
THE BANKRUPTCY ESTATE OF JON
CHRISTOPHER EVANS, et al.                                         DEFENDANTS

---

**BANK OF FOREST'S DESIGNATION OF EXPERTS**

---

COMES NOW Bank of Forest, by and through its attorneys of record, and provides the following designation of experts, pursuant to the Federal Rules of Bankruptcy Procedure and the Orders of this Court, which Bank of Forest reserves the right to call to testify at the trial of this matter, as follows:

(1)    George M. Pierson, Esquire, Pierson Settlement and Title Services, 3935 Berkley Hill Avenue, Baton Rouge, LA 70809-2430, whose signed report is attached hereto as Exhibit "A"; and

(2)    F. Barr Biggs, MAI, Post Office Box 12231, Jackson, MS 39236, whose signed market value appraisal report is attached hereto as Exhibit "B".

Discovery in this matter is ongoing and has not been completed. Mr. Pierson and Mr. Biggs reserve the right to amend and/or supplement their reports should additional information be developed in discovery which requires the same. Further, Mr. Pierson and Mr. Biggs reserve the right to express opinions in comment on the opinions, reports or

anticipated testimony of other experts designated by the parties in this matter.

Dated: December 1, 2010.

s/William Liston, III
WILLIAM LISTON, III (MSB#8482)
LISTON/LANCASTER PLLC
P. O. Box 14127
Jackson, MS 39236
Tel. (601) 981-1636
Fax. (601) 982-0371
Email: wlist3@aol.com

ATTORNEY FOR CROSS-CLAIMANT,
BANK OF FOREST

Of Counsel:

W. LAWRENCE DEAS
DEAS & DEAS
P. O. Box 7282
Tupelo, MS 38802
Tel. (662) 842-4546
Fax. (662) 844-4551
Email: Ldeas@aol.com

## Certificate of Service

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electonic Mail Notice List as of the date hereof, including the following:

R. Michael Bolen, Esq.
USTPRegion05.JA.ECF@usdoj.gov

Derek A. Henderson, Trustee
d henderson@bellsouth.net

M. Scott Jones, Esq.
scott.jones@arlaw.com

David W. Clark, Esq.
dclark@babc.com

Gene D. Berry, Esq.
genedberry@berryfirm.net

William C. Brabec, Esq.
bill.brabec@arlaw.com

G. Todd Burwell, Esq.
tburwell@gtbpa.com

John G. Corlew, Esq.
jcorlew@cmslawyers.com

Michael V. Cory, Esq.
mc@dmc-law.net

Kristina M. Johnson, Esq.
kjohnson@watkinsludlam.com

Tylvestor O. Goss, Esq.
bankruptcy@dgwlaw.com

John G. Holaday, Esq.
john@msattys.com

Lucy Elizabeth Johnson, Esq.
bankruptcy@msattys.com

Michael S. MacInnis, Esq.
Mikems@bellsouth.net

Richard A. Montague, Esq.
rmontague@wellsmoore.com

Jeff D. Rawlings, Esq.
rrm_h@bellsouth.net

Kathy K. Smith, Esq.
ksmith@cmslawyers.com

R. Paul Randle, Jr., Esq.
prandall@randallsegrest.com

Michael D. Simmons, Esq.
mike@cs-law.com

    Additionally, I mailed by United States mail, postage prepaid, a true and correct copy of the foregoing document to:

Stephen Smith, Trustee
Shelton & Smith, PC
5 Old River Place, Suite 107
Jackson, MS 39202

Terry R. Levy, Esq.
P. O. Box 1084
Jackson, MS 39215-1084

Community Bank
Patrick F. McAllister, Esq.
Williford McAllister & Jacobus
303 Highland Park Cove, Suite A
Ridgeland, MS 39157-6059

Thomas R. Hudson, Esq.
BankPlus
1068 Highland Colony Parkway, Suite 200
Ridgeland, MS 39157-8807

Jeffrey K. Tyree, Esq.
P. O. Box 3380
Ridgeland, MS 39158-3380

So certified this the 1st day of December, 2010.

s/William Liston, III
William Liston, III