UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

| | |
|---|---|
| JON CHRISTOPHER EVANS, | CAUSE NO. 09–03763–NPO |
| DEBTOR | CHAPTER 7 |

*Jointly Administered with Related Cases*

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| G&B INVESTMENTS, INC. | PLAINTIFF |
| VS. | ADV. PROC. NO. 10–00040–NPO |
| DEREK A. HENDERSON, TRUSTEE FOR THE BANKRUPTCY ESTATE OF JON CHRISTOPHER EVANS, Et Al. | DEFENDANTS |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| MISSISSIPPI VALLEY TITLE INSURANCE COMPANY And OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY | THIRD PARTY PLAINTIFF |
| VS. | |
| CHARLES H. EVANS, JR., INDIVIDUALLY, And THE EVANS FIRM | THIRD PARTY DEFENDANT |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

ORDER

This day there came on for consideration the Motion for Expedited Consideration of the Motion for Partial Relief From Discovery Deadline (Dkt 250) filed by defendant Charles H. Evans, Jr.  The Court, being fully advised in the premises, finds that good cause exists to shorten the time for response to the Motion for Partial Relief From Discovery Deadline (Dkt # 248) and for expedited hearing on the Motion for Partial Relief From Discovery Deadline,

IT IS, THEREFORE, ORDERED that Motion for Partial Relief From Discovery

Deadline shall be set for hearing before this Court in the United States Bankruptcy Courthouse in Jackson, Mississippi, on December 21, 2010, at 10:00 o'clock, A. M., and that any party objecting to the relief requested in the Motion for Partial Relief From Discovery Deadline (Dkt # 248) shall file its written objection thereto within seven days from the date of the notice of hearing on the Motion for Partial Relief From Discovery Deadline.

    SO ORDERED,

_____
Neil P. Olack
United States Bankruptcy Judge
Dated: December 2, 2010

Submitted by:

RICHARD C. BRADLEY III - BAR # 4269
rbradley@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE: (601) 969-7607
FACSIMILE: (601) 969-1116