UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

| | |
|---|---|
| JON CHRISTOPHER EVANS, | CAUSE NO. 09–03763–NPO |
| DEBTOR | CHAPTER 7 |

*Jointly Administered with Related Cases*

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| G&B INVESTMENTS, INC. | PLAINTIFF |
| VS. | ADV. PROC. NO. 10–00040–NPO |
| DEREK A. HENDERSON, TRUSTEE FOR THE BANKRUPTCY ESTATE OF JON CHRISTOPHER EVANS, Et Al. | DEFENDANTS |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| MERCHANTS & FARMERS BANK | THIRD PARTY PLAINTIFF |
| VS. | |
| CHARLES H. EVANS, JR., INDIVIDUALLY, | THIRD PARTY DEFENDANT |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CHARLES H. EVANS, JR.'S NOTICE OF SERVICE
OF DESIGNATION OF EXPERT WITNESS**

Notice is hereby given, that Charles H. Evans, Jr., on December 1, 2010, served upon opposing counsel in the above-entitled action his Designation of Expert Witness designating Harvey R. Little, MAI, as expert witness on his behalf:

The undersigned retain the original of the document as custodian thereof pursuant to the Uniform Local Rules.

Because discovery in this matter is ongoing and not completed, Charles H. Evans, Jr., reserves the right to amend and/or supplement this designation should additional information

be developed in discovery which requires same.

        Respectfully submitted,

        CHARLES H. EVANS, JR.

        BY:   /s/ TERRY R. LEVY
                  OF COUNSEL

        BY:   /s/ RICHARD C. BRADLEY, III
                  OF COUNSEL

TERRY R. LEVY - BAR # 1225
tlevy@danielcoker.com
RICHARD C. BRADLEY III - BAR # 4269
rbradley@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE: (601) 969-7607
FACSIMILE: (601) 969-1116

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2010, I electronically filed the foregoing Notice

with the Clerk of the Court using the ECF system which sent notification of such filing to the

following:

| | |
|---|---|
| M. Scott Jones, Esq.<br>Adams and Reese LLP<br>scott.jones@arlaw.com<br>Attorneys for Miss. Valley Title Ins. Co.<br>and Old Republic Nat'l Title Ins. Co. | Attorneys for Miss. Valley Title Ins. Co.<br>and Old Republic Nat'l Title Ins. Co.<br><br>Mason E. Lowe, Esq.<br>Bradley Arant Boult Cummings LLP<br>mlowe@babc.com |
| William C. Brabec, Esq.<br>Adams & Reese LLP<br>bill.brabec@arlaw.com | Attorney for Miss Valley Title Ins. Co.<br><br>Derek A. Henderson, T1 |

d_henderson@bellsouth.net
Trustee for Jon Christopher Evans and the Jointly Administered Estates

Stephen Smith, Ch. 7 Trustee
stephen@smithcpafirm.com
Trustee for Charles H. Evans, Jr.

Jeffrey Kyle Tyree, Esq.
Harris Jernigan & Geno, PLLC
jktyree@harrisgeno.com
Attorney for Trustee Stephen Smith

Tylvester O. Goss, Esq.
Davis Goss & Williams
bankruptcy@dgwlaw.com
Attorney for Jon Christopher Evans, Debtor

R. Michael Bolen, U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

J. Mark Franklin III, Esq.
McKay Simpson Lawler
mfranklin@mckaysimpson.com
Attorney for Bank First Financial Services

W. Lawrence Deas, Esq.
Deas & Deas
lawrence@deaslawfirm.com
Attorney for Bank of Forest

William Liston, III
Liston/Lancaster PLLC
Wlist3@aol.com

Kristina M. Johnson, Esq.
kjohnson@watkinsludlam.com
Attorney for Bank of Forest

John G. Corlew, Esq.
Corlew, Munford & Smith, PLLC

jcorlew@cmslawyers.com
Attorney for Bank of Forest

Kathy K. Smith, Esq.
Corlew, Munford & Smith, PLLC
ksmith@cmslawyers.com
Attorney for Bank of Forest

G. Todd Burwell, Esq.
tburwell@gtbpa.com
Attorney for Bank of Forest

Janet McMurtray, Esq.
Watkins Ludlam Winter & Stennis, PA
jmcmurtray@watkinsludlam.com
Attorney for Bank of Forest

Patrick F. McAllister, Esq.
Williford, McAllister & Jacobus, LLP
pmcallister@wmjlaw.com
Attorney for Community Bank of Mississippi

Richard Montague, Esq.
Wells, Moore, Simmons & Hubbard, PLLC
rmontague@wellsmoore.com
Attorney for G & B Investments, Inc.

Ashlee Ellis Hederman
Wells, Moore, Simmons & Hubbard, PLLC
hederman@wellsmoore.com
Attorney for G & B Investments, Inc.

John G. Holaday, Esq.
Holaday Moorehead & Eaton
john@msattys.com
Attorney for G&B Investments, Inc.

Lucy Elizabeth Johnson, Esq.

Holaday Moorehead & Eaton
elizabeth@msattys.com
Attorney for G&B Investments, Inc.

Michael V. Cory, Jr., Esq.
Danks Miller & Cory
mcory@dmhclaw.com
Attorney for G&B Investments, Inc.

Dale Danks, Jr.
Danks Miller & Cory
ddanks@dmhclaw.com
Attorney for G&B Investments, Inc.

Jeff D. Rawlings, Esq.
jeffdrawlings@bellsouth.net
Attorney for Merchants & Farmers Bank

Michael S. MacInnis
Rawlings & MacInnis, P.A.
mikems@bellsouth.net
Attorney for Merchants & Farmers Bank

Michael D. Simmons, Esq.
Cosmich, Simmons & Brown, PLLC
mike@cs-law.com
Attorney for Heritage Banking Group

Gene D. Berry Esq.
genedberry@berryfirm.net
Attorney for BankFirst Financial Services

Rory Paul Randall, Jr., Esq.
Randall Segrest & Weeks, PLLC
prandall@randrallsegrest.com
Attorney for Dodd Enterprises

This, the 2nd day of December, 2010.

/s/ Richard C. Bradley III