# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

IN RE:

JON CHRISTOPHER EVANS,                    CASE NO. 09-03763-NPO

DEBTOR.                                   CHAPTER 7

*Jointly Administered with Related Cases*

---

G&B INVESTMENTS, INC.
   PLAINTIFF

VS.                                       ADV. PROC. NO. 10-00040-NPO

DEREK A. HENDERSON, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF JON CHRISTOPHER
EVANS, *et al.*                           DEFENDANTS

---

## ORDER

---

THIS DAY, this cause came on for consideration on Motion of the Plaintiff, G&B Investments, Inc., for Expedited Consideration of its Motion for Partial Relief of Discovery Deadline to designate an appraiser expert (Dkt. 254), and the Court being fully advised in the premises, finds that good cause exists to shorten the time for response the Motion for Partial Relief of Discovery Deadline to designate an appraiser expert and for expedited hearing on the Motion for Partial Relief of Discovery Deadline.

IT IS THEREFORE, ORDERED AND ADJUDGED, that the Motion for Expedited Consideration of its Motion for Partial Relief from Discovery Deadline, shall be set for hearing before this Court in the United States Bankruptcy Courthouse in

Jackson, Mississippi, on December 21, 2010, at 10:00 a.m. and that any party objecting to the Motion for Partial Relief from Discovery Deadline (Dkt. No. 254) shall file its written objection thereto within seven days from the date of the notice of hearing on the Motion for Partial Relief from Discovery Deadline.

SO ORDERED,

/s/ Neil P. Olack
Neil P. Olack
United States Bankruptcy Judge
Dated: December 6, 2010

SUBMITTED BY:

DALE DANKS (MSB# 5789)
ddanks@dmc-law.net
MICHAEL V. CORY, JR. (MSB# 9868)
mc@dmc-law.net
Danks, Miller & Cory
(An Association of Professional Corporations)
213 S. Lamar Street, 39201
P.O. Office Box 1759
Jackson, Mississippi 39215-1759
Telephone: 601.957.3101
Facsimile: 601.957.3160