**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

| | |
|---|---|
| JON CHRISTOPHER EVANS, | CASE NO. 09-03763-NPO |
| | JOINTLY ADMINISTERED WITH RELATED CASES |
| DEBTOR. | |
| | CHAPTER 7 |
| G&B INVESTMENTS, INC. | PLAINTIFF |
| V. | ADV. PROC. NO. 10-00040-NPO |
| DEREK A. HENDERSON, TRUSTEE, ET AL. | DEFENDANTS |

**ORDER DISMISSING**
**G&B'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS MOOT**

Based upon entry of the Final Judgment Regarding Order Granting Motion to Approve Compromise and Settlement between G&B Investments, Inc. and Derek A. Henderson, Trustee (Adv. Dkt. No. 177), the Court finds that Motion of G&B Investments, Inc. for Partial Summary Judgment ("G&B's Motion for Partial Summary Judgment") (Adv. Dkt. No. 114) should be dismissed as moot.

IT IS, THEREFORE, ORDERED that G&B's Motion for Partial Summary Judgment hereby is dismissed as moot.

SO ORDERED.

_____
Neil P. Olack
United States Bankruptcy Judge
Dated: December 8, 2010