UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

| | |
|---|---|
| JON CHRISTOPHER EVANS, | CASE NO. 09-03763-NPO |
| DEBTOR. | CHAPTER 7 |

*Jointly Administered with Related Cases*

---

G&B INVESTMENTS, INC.
   PLAINTIFF

VS.                  ADV. PROC. NO. 10-00040-NPO

DEREK A. HENDERSON, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF JON CHRISTOPHER
EVANS, *et al.*                 DEFENDANTS

---

### G&B'S SUPPLEMENTAL DESIGNATION OF EXPERTS

COMES NOW, G&B Investments, Inc., by and through its attorney, and provide the following supplemental disclosure of experts pursuant to the Federal Rules of Bankruptcy Procedure and the Orders of this Court, as follows:

1. George M. Pierson
   Pierson Settlement and Title Services
   3935 Berkley Hill Avenue
   Baton Rouge, LA 70809-2430

Mr. Pierson is expected to testify in accordance with his report which has been previously provided.

    2.      Hugh Hogue, MAI
Greentree Properties, LLC
5339 i-55 North, Suite 25
Jackson, MS 39206

Mr. Hogue is expected to testify in accordance with his report which is attached as Exhibit "A".

    3.      Since discovery in this matter is ongoing and not completed, G&B Investments, Inc., reserves the right to amend and/or supplement its designation should additional information be developed in discovery which requires same.

Respectfully submitted,

G&B INVESTMENTS, INC.


/s/Michael V. Cory, Jr.
MICHAEL V. CORY, JR.


OF COUNSEL:

DALE DANKS (MSB# 5789)
ddanks@dmc-law.net
MICHAEL V. CORY, JR. (MSB# 9868)
mc@dmc-law.net
Danks, Miller & Cory
(An Association of Professional Corporations)
213 S. Lamar Street, 39201
P.O. Office Box 1759
Jackson, Mississippi 39215-1759
Telephone: 601.957.3101
Facsimile: 601.957.3160

**CERTIFICATE OF SERVICE**

    I, Michael V. Cory, Jr., hereby certify that I have on this date served, via electronic mail transmittal a true and correct copy of the above and foregoing to the following:

| | |
|---|---|
| M. Scott Jones, Esq.<br>Adams and Reese, LLP<br>Scott.jones@arlaw.com<br>Attorneys for Miss. Valley Title<br>Ins. Co. and Old Republic<br>National Title Ins. Co. | R. Michael Bolen, U.S. Trustee<br>USTPRegion05.JA.ECF@usdoj.gov<br><br>J. Mark Franklin III, Esq.<br>McKay Simpson Lawler<br>mfranklin@mckaysimpson.com<br>Attorney for Bank First Financial |
| William C. Brabec, Esq.<br>Adams & Reese, LLP<br>bill.brabec@arlaw.com<br>Attorneys for Miss. Valley Title<br>Ins. Co. and Old Republic National<br>Ins. Co. | W. Lawrence Deas, Esq.<br>Deas & Deas<br>lawrence@deaslawfirm.com<br><br>William Liston, III, Esq.<br>Liston/Lancaster PLLC |
| Mason E. Lowe, Esq.<br>Bradley Arant Boult Cummings LLP<br>mlowe@babc.com<br>Attorney for Mississippi Valley Title | Wlist3@aol.com<br><br>Kristina M. Johnson, Esq.<br>kjohnson@watkinsludlam.com<br>Attorney for Bank of Forest |
| Derek A. Henderson, T1<br>d_henderson@bellsouth.net<br>Trustee for Jon Christopher Evans<br>And the Jointly Administered Estates | John G. Corlew, Esq.<br>Corlew, Munford & Smith, PLLC<br>jcorlew@cmslawyers.com<br>Attorney for Bank of Forest |
| Stephen Smith, Ch. 7 Trustee<br>Stephen@smithcpafirm.com<br>Trustee for Charles H. Evans, Jr. | Kathy K. Smith, Esq.<br>Corlew, Munford & Smith, PLLC<br>Attorney for Bank of Forest |
| Jeffrey Kyle Tyree, Esq.<br>Harris Jernigan & Geno, PLLC<br>jktyree@harrisgeno.com<br>Attorney for Trustee Stephen Smith | G. Todd Burwell, Esq.<br>tburwell@gtbpa.com<br>Attorney for Bank of Forest |
| Tylvester O. Goss, Esq.<br>Davis Goss & Williams<br>bankruptcy@dgwlaw.com<br>Attorney for Jon Cristopher Evans,<br>Debtor | Janet McMurtray, Esq.<br>Watkins Ludlam Winter & Stennis<br>jmcmurtray@watkinsludam.com<br>Attorney for Bank of Forrest |

3

Patrick F. McAllister, Esq.
Williford, McAllister & Jacobus, LLP
pmcallister@wmjlaw.com
Attorney for Community Bank

Richard Montague, Esq.
Wells, Moore, Simmons & Hubbard
rmontague@wellsmoore.com
Attorney for G&B Investments, Inc.

Ashlee Ellis Hederman
Wells, Moore, Simmons & Hubbard
hederman@wellsmoore.com
Attorney for G&B Investments, Inc.

Rory Paul Randall, Jr., Esq.
Randall Segrest & Weeks, PLLC
prandall@randallsegrest.com
Attorney for Dodd Enterprises

Richard C. Bradley, III., Esq.
Daniel Coker Horton & Bell, P.A.
rbradley@danielcoker.com
Attorney for Charles H. Evans, Jr.

Jeff D. Rawlings, Esq.
jeffdrawlings@bellsouth.net
Attorney for Merchants & Farmers

Michael S. MacInnis, Esq.
Rawlings & MacInnis, P.A.
mikems@bellsouth.net
Attorney for Merchants & Farmers

Michael D. Simmons, Esq.
Cosmich, Simmons & Brown, PLLC
mike@cs-law.com
Attorney for Heritage Banking

Gene D. Berry, Esq.
genedberry@berryfirm.net
Attorney for BankFirst Financial Ser.

Terry R. Levy, Esq.
Daniel Coker Horton & Bell, P.A.
tlevy@danielcoker.com
Attorney for Charles H. Evans. Jr.

This the 10th day of December, 2010.

 /s/ *Michael V. Cory, Jr.*
MICHEAL V. CORY, JR.

4