UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

JON CHRISTOPHER EVANS,            CASE NO. 09-03763-NPO

DEBTOR.            CHAPTER 7

*Jointly Administered with Related Cases*

---

G&B INVESTMENTS, INC.
    PLAINTIFF

VS.            ADV. PROC. NO. 10-00040-NPO

DEREK A. HENDERSON, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF JON CHRISTOPHER
EVANS, *et al.*            DEFENDANTS

---

## ORDER

THIS DAY, this cause came on for consideration on Motion of the Plaintiff, G&B Investments, Inc., for Expedited Consideration of its Motion for Partial Relief of Discovery Deadline To Extend the Expert Deposition Deadline, (Docket No. 266), and the Court being fully advised in the premises, finds that ~~good cause exists for granting the requested relief~~ should be denied. (NPO)

IT IS THEREFORE, ORDERED AND ADJUDGED, that the Motion for Expedited Consideration of its Motion for Partial Relief from Discovery Deadline to allow the taking of an expert deposition out of time, is hereby denied. ~~granted, and that all objections to said Motion are due on or before December 20, 2010, and that this matter~~

~~shall be set for hearing before this Court in the United States Bankruptcy Courthouse in Jackson, Mississippi, on December 21, 2010, at 10:00 a.m.~~ (NPO)

SO ORDERED,

_____
Neil P. Olack
United States Bankruptcy Judge
Dated: December 20, 2010

SUBMITTED BY:

DALE DANKS (MSB# 5789)
ddanks@dmc-law.net
MICHAEL V. CORY, JR. (MSB# 9868)
mc@dmc-law.net
Danks, Miller & Cory
(An Association of Professional Corporations)
213 S. Lamar Street, 39201
P.O. Office Box 1759
Jackson, Mississippi 39215-1759
Telephone: 601.957.3101
Facsimile: 601.957.3160

2