### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**IN RE:**

**JON CHRISTOPHER EVANS,**                          **CASE NO. 09-03763-NPO**
**DEBTOR.**                                          **CHAPTER 7**

*Jointly Administered with Related Cases*

---

**G&B INVESTMENTS, INC.**
    **PLAINTIFF**

**VS.**                                              **ADV. PROC. NO. 10-00040-NPO**

**DEREK A. HENDERSON, TRUSTEE FOR THE**
**BANKRUPTCY ESTATE OF JON CHRISTOPHER**
**EVANS,** *et al.*                                   **DEFENDANTS**

---

### AGREED ORDER

---

THIS DAY, this cause came on for consideration on Motion of the Plaintiff, G&B Investments, Inc., for Partial Relief from Discovery Deadline To Extend The Time For Expert Depositions (Docket No. 265), and the Court being fully advised in the premises, finds that good causes exists for the requested relief, and therefore that the relief requested in said Motion should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that all expert depositions in this matter shall be completed on or before January 28, 2011. All other deadlines shall remain in effect. (NPO)

SO ORDERED,

_____
Neil P. Olack
United States Bankruptcy Judge
Dated: December 20, 2010

Submitted by:
*/s/ Dale Danks, Jr.*
DALE DANKS, JR. (MSB# 5789)
ddanks@dmc-law.net
MICHAEL V. CORY, JR. (MSB# 9868)
mc@dmc-law.net
Danks, Miller & Cory
(An Association of Professional Corporations)
213 S. Lamar Street, 39201
P.O. Office Box 1759
Jackson, Mississippi 39215-1759
Telephone: 601.957.3101
Facsimile: 601.957.3160

Agreed and Approved by:


*/s/ Scott Jones*
M. Scott Jones, MSB#102239
Attorney for Mississippi Valley Title
Insurance Company and Old Republic
National Title Insurance Company
Scott.jones@arlaw.com


*/s/ Mason E. Lowe*
Mason E. Lowe
Attorney for Mississippi Valley Title
Insurance Company
mlowe@babc.com


*/s/ Terry R. Levy*
Terry R. Levy, MSB#1225
Attorney for Charles H. Evans, Jr.
tlevy@danielcoker.com


*/s/ William Liston, III*
William Liston, III, MSB# 8482
Attorney for Bank of Forest
Wlist3@aol.com

*/s/ Jeff D. Rawlings*
Jeff D. Rawlings, MSB#4642
Attorney for Merchants & Farmers Bank
jeffdrawlings@bellsouth.net

*/s/Michael D. Simmons*
Michael D. Simmons, MSB# 9828
Attorney for Heritage Banking Group
mike@cs-law.com