## Watkins & Eager PLLC
### BUYER'S AND SELLER'S COMBINED CLOSING STATEMENT

**B. Type of Loan**

1. ☐ FHA  2. ☐ RHS  3. ☒ Conv. Unins.  4. ☐ VA  5. ☐ Conv. Ins.

6. File Number: 31080
7. Loan Number:
8. Mortgage Insurance Case Number:

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

**D. Name and Address of Borrower**
Hanover Investments, LLC
4560 Office Park Drive
Jackson, MS 39206

**E. Name and Address of Seller**
G & B Investments, Inc.
14 Twelve Oaks
Madison, MS 39110

**F. Name and Address of Lender**
G & B Investments, Inc.
14 Twelve Oaks
Madison, MS 39110

**G. Property Location**
84.56 acre parcel & 20.54 acre parcel
SW 1/4 of S1; NE 1/4 & NW 1/4, S12, T7N, R1E,
Park Place Boulevard, Madison County, Mississippi

**H. Settlement Agent**
Watkins & Eager PLLC
Roger W. Williams

**Place of Settlement**
P. O. Box 650
Jackson, MS 39205-0650

**I. Settlement Date:** 07/23/08
**DD:** 07/23/08

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---:|---|---:|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 16,000,000.00 | 401. Contract sales price | 16,000,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 106,376.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 16,106,376.00 | 420. GROSS AMOUNT DUE TO SELLER | 16,000,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 20,000.00 | 501. Excess Deposit (see instructions) | 20,000.00 |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 2,745,619.31 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Seller Financing | 11,000,000.00 | 506. Seller Financing | 11,000,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes 01/01 to 07/23 | 1,161.52 | 511. County taxes 01/01 to 07/23 | 1,161.52 |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. Credit-HC Special Assessment | 7,400.68 | 514. Credit-HC Special Assessment | 7,400.68 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 11,028,562.20 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 13,774,181.51 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 16,106,376.00 | 601. Gross amount due to seller (line 420) | 16,000,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 11,028,562.20 | 602. Less reduction amount due to seller (line 520) | 13,774,181.51 |
| 303. CASH FROM BORROWER | 5,077,813.80 | 603. CASH TO SELLER | 2,225,818.49 |



EXHIBIT C

WE00097

07-23-2008 at 11:47 AM

BUYER'S AND SELLER'S COMBINED CLOSING STATEMENT — PAGE 2

File Number: 31080

| | L. SETTLEMENT CHARGES: | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ 16,000,000.00 @ = | | 250,000.00 | | |
| | Division of commission (line 700) as follows: | | | | |
| 701. | $ 250,000.00 to Lee Hawkins Realty, Inc. | | | | |
| 702. | $ to | | | | |
| 703. | Commission paid at Settlement | | | | 250,000.00 |
| 704. | | | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | P.O.C. | | |
| 801. | Loan Origination Fee | % | | | |
| 802. | Loan Discount | % | | | |
| 803. | Appraisal Fee | to | | | |
| 804. | Credit Report | to | | | |
| 805. | Lender's Inspection Fee | to | | | |
| 806. | Mtg. Ins. App. Fee | to | | | |
| 807. | Assumption Fee | to | | | |
| 808. | Underwriting Fee | | | | |
| 809. | Doc Prep Fee | | | | |
| 810. | Tax Service Fee | | | | |
| 811. | Flood Cert. Fee | | | | |
| 812. | | | | | |
| 813. | | | | | |
| 814. | | | | | |
| 815. | | | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | |
| 901. | Interest from to @$ /day | | | | |
| 902. | Mortgage Ins. Prem. to | | | | |
| 903. | Hazard Ins. Prem. yrs. to | | | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | | | |
| 1001. | Hazard Insurance mo. @$ /mo. | | | | |
| 1002. | Mortgage Insurance Premium mo. @$ /mo. | | | | |
| 1003. | City Property Taxes mo. @$ /mo. | | | | |
| 1004. | County Property Taxes mo. @$ /mo. | | | | |
| 1005. | Annual Assessments mo. @$ /mo. | | | | |
| 1006. | mo. @$ /mo. | | | | |
| 1007. | mo. @$ /mo. | | | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | | |
| 1100. | TITLE CHARGES | | | | |
| 1101. | Settlement or closing fee to | | | | |
| 1102. | Abstract or title search to First American Abstract Company | | | 1,625.00 | |
| 1103. | Title examination to | | | | |
| 1104. | Title insurance binder to | | | | |
| 1105. | Document Prep Fee to | | | | |
| 1106. | Notary fees to | | | | |
| 1107. | Attorney's fees to Watkins & Eager PLLC | | | 80,000.00 | |
| | (includes above item No: ) | | | | |
| 1108. | Title Insurance to Mississippi Valley Title Insurance Company | | | 16,308.00 | 27,180.00 |
| | (includes above item No: ) | | | | |
| 1109. | Lender's coverage | | | | |
| 1110. | Owner's coverage Owner's Policies for both Buyer & Seller (special rates) | | | | |
| 1111. | (Reissue rate-borrower policy) | | | | |
| 1112. | Seller's counsel-atty fees/exp McGlinchey Stafford PLLC | | | | 59,900.00 |
| 1113. | Title research First Guaranty Title, Inc. | | | 2,100.00 | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 1201. | Recording fees Deed $ ; Mortgage $ ; Releases $ | | | | |
| 1202. | Deed $ ; Mortgage $ | | | | |
| 1203. | Deed $ ; Mortgage $ | | | | |
| 1204. | Deed $ ; Mortgage $ | | | | |
| 1205. | | | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | | |
| 1301. | Survey to Benchmark Engineering & Surveying, LLC | | | | 8,405.31 |
| 1302. | Pest Inspection to | | | | |
| 1303. | Engineering work Mendrop Wages, LLC | | | 5,370.00 | |
| 1304. | Title Search First Guaranty Title, Inc. | | | 800.00 | |
| 1305. | Misc. Costs/Expenses Watkins & Eager PLLC | | | 125.00 | |
| 1306. | Recording Fees - Cancellations Madison County Chancery Clerk | | | | 134.00 |
| 1307. | Recording Fees Madison County Chancery Clerk | | | 48.00 | |
| 1308. | Payoff BankPlus | | | | 2,400,000.00 |
| 1400. | TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K) | | | 106,376.00 | 2,745,619.31 |

WE00098

07-23-2008 at 11:47 AM