**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | |
| **JON CHRISTOPHER EVANS,** | **CASE NO. 09-03763-NPO** |
| **DEBTOR.** | **CHAPTER 7** |
| | |
| **G&B INVESTMENTS, INC.** | **PLAINTIFF** |
| **VS.** | **ADV. PROC. NO. 10-00040-NPO** |
| **TOWN PARK OF MADISON, LLC, HANOVER INVESTMENTS, LLC, WHITE OAKS INVESTMENT COMPANY, LANDSDOWNE GROUP LLC, BANK OF FOREST, MERCHANTS AND FARMERS BANK, BANKFIRST FINANCIAL SERVICES, DEREK HENDERSON, TRUSTEE, CHARLES H. EVANS, JR., MISSISSIPPI VALLEY TITLE INSURANCE COMPANY, OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, THE EVANS FIRM, STEPHEN SMITH, TRUSTEE** | **DEFENDANTS** |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

You are hereby notified that a Motion for Summary Judgment (Adv. Dkt.# 286) and a Memorandum Brief (Adv. Dkt.# 287) were filed by Charles H. Evans, Jr. (the "Movant"), on December 22, 2010.

Your attention is directed to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056-1 of the Uniform Local Bankruptcy Rules.

Dated: 12/23/10

> Danny L. Miller, Clerk of the Court
> U.S. Bankruptcy Court
> 100 East Capitol St.
> P.O. Box 2448
> Jackson, MS 39225-2448
> 601-965-5301

**PARTIES NOTICED:**

Ashlee Hederman, Esq., Attorney for Plaintiff

Dale Danks, Jr., Esq., Attorney for Plaintiff

John Holaday, Esq., Attorney for Plaintiff

Elizabeth Johnson, Esq., Attorney for Plaintiff

Michael Cory, Jr., Esq., Attorney for Plaintiff

Richard Montague, Jr., Attorney for Plaintiff

Tylvester O. Goss, Esq., Attorney for Defendant

Todd Burwell, Esq., Attorney for Defendant

Gene Berry, Esq., Attorney for Defendant

Janet McMurtray, Esq., Attorney for Defendant

John Corlew, Esq., Attorney for Defendant

Kathy Smith, Esq., Attorney for Defendant

Kristina Johnson, Esq., Attorney for Defendant

W. Lawrence Deas, Esq., Attorney for Defendant

William Liston, III, Esq., Attorney for Defendant

Jeff Rawlings, Esq., Attorney for Defendant

Michael Macinnis, Esq,. Attorney for Defendant

Richard Bradley, III, Esq., Attorney for Defendant

Terry Levy, Esq., Attorney for Defendant

Mason Lowe, Esq., Attorney for Defendant

M. Scott Jones, Esq., Attorney for Defendant

William Brabec, Esq., Attorney for Defendant

Jeffrey Tyree, Esq., Attorney for Defendant

Derek Henderson, Chapter 7 Trustee

United States Trustee