UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

JON CHRISTOPHER EVANS                              CASE NO. 09-03763-NPO

DEBTOR                                             CHAPTER 7

*Jointly Administered with Related Cases*

---

G&B INVESTMENTS, INC.                              PLAINTIFF

versus                                             ADV. PROC. NO. 10-00040-NPO

DEREK A. HENDERSON, TRUSTEE FOR
THE BANKRUPTCY ESTATE OF JON
CHRISTOPHER EVANS, et al.                          DEFENDANTS

---

**BANK OF FOREST'S MOTION FOR ENLARGEMENT OF TIME
FOR RESPONSES/REPLIES TO DISPOSITIVE MOTIONS**

---

Defendant and Cross-Claimant, Bank of Forest hereby moves the Court for an Enlargement of Time in which to file Responses and Replies to Dispositive Motions in this matter, as follows:

1. Mississippi Valley Title Insurance Company and Old Republic Title Insurance Company ("Title Companies") filed their Motions for Summary Judgment against Bank of Forest, G&B Investments, Inc., Heritage Bank and other parties to this action on December 22, 2010.

2. Pursuant to the previously entered Agreed Order providing for scheduling in this matter, the deadline for filing of Responses to dispositive motions and the deadline for filing of Replies in connection with such motions are January 4, 2011 and January 11, 2011, respectively.

3. Because a timely Response to such dispositive motions under the current

Agreed Order would require counsel for Bank of Forest and other parties to reschedule personal and family activities between the Christmas and New Year's holidays, Bank of Forest seeks a reasonable enlargement of time of seven (7) additional days from the Agreed Order deadlines.

4.  Counsel for G&B Investments, Inc. and Heritage Bank have authorized counsel for the Bank of Forest to represent that they join in this Motion for Enlargment of Time.

WHEREFORE, PREMISES CONSIDERED, Bank of Forest moves the Court for entry of its Order granting an enlargement of time for the filing of Responses and Replies to dispositive motions such that all Responses to dispositive motions shall be filed no later than January 11, 2011 and all Replies in connection with dispositive motions shall be filed no later than January 18, 2011.

DATED: December 23, 2010.

                                    s/William Liston, III
                                    WILLIAM LISTON, III (MSB#8482)
                                    LISTON/LANCASTER PLLC
                                    P. O. Box 14127
                                    Jackson, MS 39236
                                    Tel. (601) 981-1636
                                    Fax. (601) 982-0371
                                    Email: wlist3@aol.com

                                    ATTORNEY FOR CROSS-CLAIMANT,
                                    BANK OF FOREST

Of Counsel:

W. LAWRENCE DEAS
DEAS & DEAS
P. O. Box 7282
Tupelo, MS 38802
Tel. (662) 842-4546
Fax. (662) 844-4551
Email: Ldeas@aol.com

## Certificate of Service

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electonic Mail Notice List as of the date hereof, including the following:

R. Michael Bolen, Esq.
USTPRegion05.JA.ECF@usdoj.gov

Derek A. Henderson, Trustee
d henderson@bellsouth.net

M. Scott Jones, Esq.
scott.jones@arlaw.com

David W. Clark, Esq.
dclark@babc.com

Gene D. Berry, Esq.
genedberry@berryfirm.net

William C. Brabec, Esq.
bill.brabec@arlaw.com

G. Todd Burwell, Esq.
tburwell@gtbpa.com

John G. Corlew, Esq.
jcorlew@cmslawyers.com

Michael V. Cory, Esq.
mc@dmc-law.net

Kristina M. Johnson, Esq.
kjohnson@watkinsludlam.com

Tylvestor O. Goss, Esq.
bankruptcy@dgwlaw.com

John G. Holaday, Esq.
john@msattys.com

Lucy Elizabeth Johnson, Esq.
bankruptcy@msattys.com

Michael S. MacInnis, Esq.
Mikems@bellsouth.net

Richard A. Montague, Esq.
rmontague@wellsmoore.com

Jeff D. Rawlings, Esq.
rrm_h@bellsouth.net

Kathy K. Smith, Esq.
ksmith@cmslawyers.com

R. Paul Randle, Jr., Esq.
prandall@randallsegrest.com

Michael D. Simmons, Esq.
mike@cs-law.com

      Additionally, I mailed by United States mail, postage prepaid, a true and correct copy of the foregoing document to:

Stephen Smith, Trustee
Shelton & Smith, PC
5 Old River Place, Suite 107
Jackson, MS 39202

Terry R. Levy, Esq.
P. O. Box 1084
Jackson, MS 39215-1084

Community Bank
Patrick F. McAllister, Esq.
Williford McAllister & Jacobus
303 Highland Park Cove, Suite A
Ridgeland, MS 39157-6059

Thomas R. Hudson, Esq.
BankPlus
1068 Highland Colony Parkway, Suite 200
Ridgeland, MS 39157-8807

Jeffrey K. Tyree, Esq.
P. O. Box 3380
Ridgeland, MS 39158-3380

So certified this the 23rd day of December, 2010.

                                                    s/William Liston, III
                                                  William Liston, III