UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| IN RE: JON CHRISTOPHER EVANS, | CASE NO. 09-03763-NPO |
| DEBTOR | CHAPTER 7 |

*Jointly Administered with Related Cases*

---

| | |
|---|---|
| G&B INVESTMENTS, INC. | PLAINTIFF |
| VS. | ADV. PROC. NO. 10-00040-NPO |
| DEREK A. HENDERSON, TRUSTEE FOR THE BANKRUPTCY ESTATE OF JON CHRISTOPHER EVANS, *et al.* | DEFENDANTS |

### MERCHANTS & FARMERS BANK'S JOINDER IN MOTION FOR ENLARGEMENT OF TIME

Merchants & Farmers Bank joins in the Bank of Forest's Motion For Enlargement Of Time For Responses/Replies To Dispositive Motions (Dkt #295) for the same reasons stated in the Motion.

Dated: December 24, 2010.

MERCHANTS & FARMERS BANK

By: /s/ Jeff Rawlings
    Its Attorney

### CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2010 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

Kristina M. Johnson, Esq.
kjohnson@watkinsludlam.com

R. Michael Bolen, Esq.
USTPRegion05.JA.ECF@usdoj.gov

1

Derek A. Henderson, Trustee
d_henderson@bellsouth.net

M. Scott Jones, Esq.
scott.jones@arlaw.com

William C. Brabec, Esq.
Bill.brabec@arlaw.com

G. Todd Burwell, Esq.
tburwell@gtbpa.com

John G. Corlew, Esq.
jcorlew@cmslawyers.com

Michael V. Cory, Esq.
mc@dmc-law.net

Tylvestor O. Goss, Esq.
mc@dmc-law.net

Kathy K. Smith, Esq.
ksmith@cmslawyers.com

Richard C. Bradley
Rbradley@danielcoker.com

David W. Clark
dclark@babc.com

Mason E. Lowe
mlowe@babc.com

Janet McMurtray
jmcmurtray@watkinsludlan.com

Rory Paul Randall
prandall@randallsegrest.com

Michael D. Simmons
mike@cs-law.com

Terry R. Levy
tlevy@danielcoker.com

        Stephen Smith
        Stephen@smithcpafirm.com

        W. Lawrence Deas
        lawrence@deaslawfirm.com

        William Liston, III
        Wlist3@aol.com

Dated: December 24, 2010


        /s/ Jeff D. Rawlings


Jeff Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeffdrawlings@bellsouth.net
MSB # 4642