UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

JON CHRISTOPHER EVANS,                    CASE NO. 09-03763-NPO

DEBTOR.                                    CHAPTER 7

*Jointly Administered with Related Cases*

---

G&B INVESTMENTS, INC.
    PLAINTIFF

VS.                                        ADV. PROC. NO. 10-00040-NPO

DEREK A. HENDERSON, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF JON CHRISTOPHER
EVANS, *et al.*                            DEFENDANTS

---

### G&B INVESTMENTS, INC.'S, JOINDER IN MOTION FOR ENLARGEMENT OF TIME

Plaintiff, G&B Investments, Inc., hereby joins in the Bank of Forest's Motion for Enlargement Of Time For Responses/Replies to Dispositive Motions (Dkt #295) for the same reasons stated in the Motion.

This the 28th day of December, 2010.

                Respectfully submitted,

                G&B INVESTMENTS, INC.

                /s/Dale Danks, Jr.
                DALE DANKS, JR.

OF COUNSEL:

DALE DANKS (MSB# 5789)
ddanks@dmc-law.net
MICHAEL V. CORY, JR. (MSB# 9868)
mc@dmc-law.net
Danks, Miller & Cory
(An Association of Professional Corporations)
213 S. Lamar Street, 39201
P.O. Office Box 1759
Jackson, Mississippi 39215-1759
Telephone: 601.957.3101
Facsimile: 601.957.3160

## CERTIFICATE OF SERVICE

I, Dale Danks, Jr., hereby certify that I have on this date served, via electronic mail transmittal a true and correct copy of the above and foregoing to the following:

M. Scott Jones, Esq.
Adams and Reese, LLP
Scott.jones@arlaw.com
Attorneys for Miss. Valley Title
Ins. Co. and Old Republic
National Title Ins. Co.

William C. Brabec, Esq.
Adams & Reese, LLP
bill.brabec@arlaw.com
Attorneys for Miss. Valley Title
Ins. Co. and Old Republic National
Ins. Co.

Mason E. Lowe, Esq.
Bradley Arant Boult Cummings LLP
mlowe@babc.com
Attorney for Mississippi Valley Title

Derek A. Henderson, T1
d_henderson@bellsouth.net
Trustee for Jon Christopher Evans
And the Jointly Administered Estates

Stephen Smith, Ch. 7 Trustee
Stephen@smithcpafirm.com
Trustee for Charles H. Evans, Jr.

Jeffrey Kyle Tyree, Esq.
Harris Jernigan & Geno, PLLC
jktyree@harrisgeno.com
Attorney for Trustee Stephen Smith

Tylvester O. Goss, Esq.
Davis Goss & Williams
bankruptcy@dgwlaw.com
Attorney for Jon Cristopher Evans,
Debtor

R. Michael Bolen, U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

J. Mark Franklin III, Esq.
McKay Simpson Lawler
mfranklin@mckaysimpson.com
Attorney for Bank First Financial

W. Lawrence Deas, Esq.
Deas & Deas
lawrence@deaslawfirm.com

William Liston, III, Esq.
Liston/Lancaster PLLC
Wlist3@aol.com

Kristina M. Johnson, Esq.
kjohnson@watkinsludlam.com
Attorney for Bank of Forest

John G. Corlew, Esq.
Corlew, Munford & Smith, PLLC
jcorlew@cmslawyers.com
Attorney for Bank of Forest

Kathy K. Smith, Esq.
Corlew, Munford & Smith, PLLC
Attorney for Bank of Forest

G. Todd Burwell, Esq.
tburwell@gtbpa.com
Attorney for Bank of Forest

Janet McMurtray, Esq.
Watkins Ludlam Winter & Stennis
jmcmurtray@watkinsludam.com
Attorney for Bank of Forrest

3

Patrick F. McAllister, Esq.
Williford, McAllister & Jacobus, LLP
pmcallister@wmjlaw.com
Attorney for Community Bank

Richard Montague, Esq.
Wells, Moore, Simmons & Hubbard
rmontague@wellsmoore.com
Attorney for G&B Investments, Inc.

Ashlee Ellis Hederman
Wells, Moore, Simmons & Hubbard
hederman@wellsmoore.com
Attorney for G&B Investments, Inc.

Rory Paul Randall, Jr., Esq.
Randall Segrest & Weeks, PLLC
prandall@randallsegrest.com
Attorney for Dodd Enterprises

Richard C. Bradley, III., Esq.
Daniel Coker Horton & Bell, P.A.
rbradley@danielcoker.com
Attorney for Charles H. Evans, Jr.

Jeff D. Rawlings, Esq.
jeffdrawlings@bellsouth.net
Attorney for Merchants & Farmers

Michael S. MacInnis, Esq.
Rawlings & MacInnis, P.A.
mikems@bellsouth.net
Attorney for Merchants & Farmers

Michael D. Simmons, Esq.
Cosmich, Simmons & Brown, PLLC
mike@cs-law.com
Attorney for Heritage Banking

Gene D. Berry, Esq.
genedberry@berryfirm.net
Attorney for BankFirst Financial Ser.

Terry R. Levy, Esq.
Daniel Coker Horton & Bell, P.A.
tlevy@danielcoker.com
Attorney for Charles H. Evans. Jr.

This the 28th day of December, 2010.

/s/ *Dale Danks, Jr.*
DALE DANKS, JR.

4