UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:
JON CHRISTOPHER EVANS,            CASE NO. 09-03763-NPO
DEBTOR.                                                          CHAPTER 7

*Jointly Administered with Related Cases*

---

G&B INVESTMENTS, INC.
    PLAINTIFF

VS.                                                ADV. PROC. NO. 10-00040-NPO

DEREK A. HENDERSON, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF JON CHRISTOPHER
EVANS, *et al.*                                           DEFENDANTS

---

**G&B INVESTMENTS, INC.'S, MOTION TO STRIKE MOTION FOR
SUMMARY JUDGMENT AND MOTION FOR DECLARATORY JUDGMENT
OF CONTRACTUAL CLAIMS FILED BY THE TITLE COMPANIES AND
CHARLES H. EVANS, JR. FOR FAILURE TO COMPLY WITH
LOCAL BANKRUPTCY RULE 7056-1**

---

Plaintiff, G&B Investments, Inc., hereby files this its Motion to Strike Motion for Summary Judgment and Motion for Declaratory Judgment on Contractual Claims Asserted by G&B Investments, Inc. filed by the Title Companies and Motion for Summary Judgment filed by Charles H. Evans, Jr., For Failure To Comply With Local Bankruptcy Rule 7056-1, and in support G&B Investments, Inc. states as follows:

1.      The Motion for Partial Summary Judgment (Dkt #275), Motion for Declaratory Judgment on Contractual Claims Asserted by G&B Investments, Inc. (Dkt #278) filed by the Title Companies, Mississippi Valley Title Insurance Company and Old

Republic National Title Insurance Company, against G&B Investments, Inc. and the Motion for Summary Judgment (Dkt #286) filed by Charles H. Evans, Jr., against G&B Investments, Inc. are deficient for the same reasons stated in the Motion to Strike of Bank of Forest.

2. For these reasons, G&B Investments, Inc., joins in and adopts by reference herein the legal arguments presented by Bank of Forest in its Motion to Strike (Dkt #313).

WHEREFORE, PREMISES CONSIDERED, G&B Investments, Inc. respectfully requests that this Court strike the Title Companies' Motion for Partial Summary Judgment and Motion for Declaratory Judgment on Contractual Claims, and strike Charles H. Evans, Jr.'s Motion for Summary Judgment and the accompanying briefs in support.

This the 30th day of December, 2010.

Respectfully submitted,

G&B INVESTMENTS, INC.

/s/Dale Danks, Jr.
DALE DANKS, JR.

OF COUNSEL:
DALE DANKS (MSB# 5789)
ddanks@dmc-law.net
MICHAEL V. CORY, JR. (MSB# 9868)
mc@dmc-law.net
Danks, Miller & Cory
(An Association of Professional Corporations)
213 S. Lamar Street, 39201
P.O. Office Box 1759
Jackson, Mississippi 39215-1759
Telephone: 601.957.3101
Facsimile: 601.957.3160

## CERTIFICATE OF SERVICE

I, Dale Danks, Jr., hereby certify that I have on this date served, via electronic mail transmittal a true and correct copy of the above and foregoing to the following:

M. Scott Jones, Esq.
Adams and Reese, LLP
Scott.jones@arlaw.com
Attorneys for Miss. Valley Title
Ins. Co. and Old Republic
National Title Ins. Co.

William C. Brabec, Esq.
Adams & Reese, LLP
bill.brabec@arlaw.com
Attorneys for Miss. Valley Title
Ins. Co. and Old Republic National
Ins. Co.

Mason E. Lowe, Esq.
Bradley Arant Boult Cummings LLP
mlowe@babc.com
Attorney for Mississippi Valley Title

Derek A. Henderson, T1
d_henderson@bellsouth.net
Trustee for Jon Christopher Evans
And the Jointly Administered Estates

Stephen Smith, Ch. 7 Trustee
Stephen@smithcpafirm.com
Trustee for Charles H. Evans, Jr.

Jeffrey Kyle Tyree, Esq.
Harris Jernigan & Geno, PLLC
jktyree@harrisgeno.com
Attorney for Trustee Stephen Smith

Tylvester O. Goss, Esq.
Davis Goss & Williams
bankruptcy@dgwlaw.com
Attorney for Jon Cristopher Evans,
Debtor

R. Michael Bolen, U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

J. Mark Franklin III, Esq.
McKay Simpson Lawler
mfranklin@mckaysimpson.com
Attorney for Bank First Financial

W. Lawrence Deas, Esq.
Deas & Deas
lawrence@deaslawfirm.com

William Liston, III, Esq.
Liston/Lancaster PLLC
Wlist3@aol.com

Kristina M. Johnson, Esq.
kjohnson@watkinsludlam.com
Attorney for Bank of Forest

John G. Corlew, Esq.
Corlew, Munford & Smith, PLLC
jcorlew@cmslawyers.com
Attorney for Bank of Forest

Kathy K. Smith, Esq.
Corlew, Munford & Smith, PLLC
Attorney for Bank of Forest

G. Todd Burwell, Esq.
tburwell@gtbpa.com
Attorney for Bank of Forest

Janet McMurtray, Esq.
Watkins Ludlam Winter & Stennis
jmcmurtray@watkinsludam.com
Attorney for Bank of Forrest

3

Patrick F. McAllister, Esq.
Williford, McAllister & Jacobus, LLP
pmcallister@wmjlaw.com
Attorney for Community Bank

Richard Montague, Esq.
Wells, Moore, Simmons & Hubbard
rmontague@wellsmoore.com
Attorney for G&B Investments, Inc.

Ashlee Ellis Hederman
Wells, Moore, Simmons & Hubbard
hederman@wellsmoore.com
Attorney for G&B Investments, Inc.

Rory Paul Randall, Jr., Esq.
Randall Segrest & Weeks, PLLC
prandall@randallsegrest.com
Attorney for Dodd Enterprises

Richard C. Bradley, III., Esq.
Daniel Coker Horton & Bell, P.A.
rbradley@danielcoker.com
Attorney for Charles H. Evans, Jr.

Jeff D. Rawlings, Esq.
jeffdrawlings@bellsouth.net
Attorney for Merchants & Farmers

Michael S. MacInnis, Esq.
Rawlings & MacInnis, P.A.
mikems@bellsouth.net
Attorney for Merchants & Farmers

Michael D. Simmons, Esq.
Cosmich, Simmons & Brown, PLLC
mike@cs-law.com
Attorney for Heritage Banking

Gene D. Berry, Esq.
genedberry@berryfirm.net
Attorney for BankFirst Financial Ser.

Terry R. Levy, Esq.
Daniel Coker Horton & Bell, P.A.
tlevy@danielcoker.com
Attorney for Charles H. Evans. Jr.

This the 30th day of December, 2010.

/s/ *Dale Danks, Jr.*
DALE DANKS, JR.

4