IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: JON CHRISTOPHER EVANS | CHAPTER 7 |
| | CASE NO: 09-03763-NPO |
| *Jointly Administered with Related Cases* | |
| G & B INVESTMENTS, INC. | PLAINTIFF |
| V. | ADVERSARY PROCEEDING NO. 10-00040-NPO |
| DEREK A. HENDERSON, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF JON CHRISTOPHER EVANS, ET AL. | DEFENDANTS |

## ORDER GRANTING MOTION TO SET EMERGENCY HEARING

Came before the Court this day the Bank of Forest's Motion to Set Emergency Hearing (Dkt. No. 314 ). Having considered the motion, the Court finds that the Motion to Set Emergency Hearing is well taken. Accordingly:

IT IS, THEREFORE, ORDERED that a hearing on the Bank of Forest's Motion to Strike the Summary Judgment Motion Filed by the Title Companies and Motion to Dismiss Title Companies' Motion for Declaratory Judgment is set for January 3, 2011 at 10:00 a.m., in the Bankruptcy Courtroom, Room 170, 100 East Capitol Street, Jackson, Mississippi .

So Ordered.

_____
Neil P. Olack
United States Bankruptcy Judge
Dated: December 30, 2010

Submitted by:

W. Lawrence Deas
MS Bar No. 100227
P.O. Box 7282
Tupelo, MS 38802
Telephone: (662)842-4546
Facsimile: (662)842-5449