## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| **JON CHRISTOPHER EVANS,** | **CASE NO. 09-03763-NPO** |
| | **JOINTLY ADMINISTERED WITH RELATED CASES** |
| **DEBTOR.** | **CHAPTER 7** |
| **G & B INVESTMENTS, INC.** | **PLAINTIFF** |
| VS. | **ADV. PROC. NO. 10-00040-NPO** |
| **DEREK A. HENDERSON, TRUSTEE FOR THE BANKRUPTCY ESTATE OF JOHN CHRISTOPHER EVANS, ET AL.** | **DEFENDANTS** |

### ORDER GRANTING MOTION TO DISMISS

On January 3, 2011, there came on for hearing (the "Hearing"), before the Court the Motion to Dismiss Title Companies' Motion for Declaratory Judgment (the "Motion") (Adv. Dkt. No. 318), filed by the Bank of Forest. Having heard the arguments of counsel and being fully advised in the premises, the Court finds that the Motion is well-taken and should be granted. For the same reasons, the Court *sua sponte* finds that the Title Companies' Motion for Declaratory Judgment on Contractual Claims Asserted by G&B Investments, Inc.(Adv. Dkt. No. 278) is not well-taken and should be dismissed.

IT IS, THEREFORE, ORDERED that the Motion hereby is granted.

IT IS FURTHER ORDERED that the Title Companies' Motion for Declaratory Judgment against Bank of Forest (Adv. Dkt. No. 280) and the Title Companies' Motion for Declaratory Judgment on Contractual Claims Asserted by G&B Investments, Inc. (Adv. Dkt. No. 278) hereby are dismissed for the reasons set forth at the Hearing.

SO ORDERED.

*/s/ Neil P. Olack*
Neil P. Olack
United States Bankruptcy Judge
Dated: January 3, 2011