**MISSISSIPPI VALLEY TITLE**
Insurance Company
AND
**OLD REPUBLIC NATIONAL TITLE**
Insurance Company



315 Tombigbee Street(39201)
P.O. Drawer 2428
Jackson, Mississippi 39225-2428
601/969-0222

## APPROVED ATTORNEY APPLICATION

DATE: 1-29-02

NAME: Evans (Last) Charles (First) H. (Middle) Jr

NAME OF FIRM: same

OFFICE ADDRESS: 4560 Office Park Dr (Street) Jackson (City) MS (State) 39206 (Zip)

OFFICE PHONE: 362-1282   DATE OF BIRTH: 9-15-53

FAX NUMBER: 987-8230

***BRIEF SUMMARY OF EDUCATIONAL BACKGROUND***

| SCHOOL | YEARS ATTENDED | DEGREES RECEIVED |
|---|---|---|
| Miss College | 71-75 | BA |
| Miss College | 75-78 | LLM |

LAW SCHOOL: Mississippi College    YEAR ADMITTED TO THE BAR: 1980

HAS YOUR LICENSE TO PRACTICE LAW EVER BEEN SUSPENDED OR REVOKED?
___ Yes   ✓ No

***BRIEF SUMMARY OF REAL ESTATE PRACTICE***

ARE YOU PRESENTLY AN APPROVED ATTORNEY FOR ANY OTHER TITLE COMPANIES?
___ Yes   ✓ No
IF YES, PLEASE STATE NAME OF COMPANIES:_____

***PROFESSIONAL LIABILITY INSURANCE***

THE MINIMUM REQUIREMENT IS 500,000/1,000,000 WITH A MAXIMUM DEDUCTIBLE OF $5000.

Fox Everrett (Carrier)     1,000,000 (Amount)

PLEASE ATTACH A COPY OF THE DECLARATION PAGE
OF YOUR INSURANCE POLICY TO THIS APPLICATION.

IF YOU ARE NOT ABLE TO OBTAIN THE MINIMUM REQUIREMENTS, 355-2384
PLEASE CONTACT THE AGENCY DEPARTMENT IN OUR JACKSON, MISSISSIPPI OFFICE.

• Rolland Wall
924-2864

Ken McNees
125 S. Congress
Jackson 355-5100

***PERSONAL AND PROFESSIONAL REFERENCES***

Please list names and addresses of six references (preferably from our list of attorneys and agents) who will have knowledge of your title examination and real estate experience.   800-638-2996

Thomas J. Lowe Jr   N College  Brandon   591-2246
✓Gregory Harper  352-2959  515 Court St  Jackson  948-6136
• Chris Evans  836 Channing Pl  Jackson  992-3164
✓Michael Hartung  120 N Congress St  Jackson  Fax 948-7780  948-0550
Arnold Dyre  282 Highland Village  Jackson  987-9000
✓Roger Doolittle  460 Briarwood Dr  Jackson  957-9779  957-9777
✓Minor Buchanan  401 E. Capitol St  Jackson  948-0146  948-3916

MVT 92-70
MVT-01-000184

EXHIBIT 8

# INHOUSE REVIEW

January 31, 2002

Dept. or Name         *[signature: Morton]*

**NAME/CITY:**        Charles H. Evans, Jr.
                     Jackson, MS

**APPLICATION:**      Approved Atty. Status

**COMMENT:**          *No Comment*

Indicate in the comment line any information you might know regarding the applicant. If you do not have a comment, indicate, NO COMMENT. Please respond and return to the Agency Department within 5 days.

Thanks,
Agency

cc:    Escrow
       Hernando Office
       Higdon, Mark
       Matrick, Morton
       Oakes, Stephen
       Poitevin, Phillip
       Underwriting

# INHOUSE REVIEW

January 31, 2002

Dept. or Name  _Higdon_

**NAME/CITY:**   Charles H. Evans, Jr.
                Jackson, MS

**APPLICATION:**  Approved Atty. Status

**COMMENT:**   _N/t_

Indicate in the comment line any information you might know regarding the applicant. If you do not have a comment, indicate, NO COMMENT. Please respond and return to the Agency Department within 5 days.

Thanks,
Agency


cc:   Escrow
      Hernando Office
      Higdon, Mark
      Matrick, Morton
      Oakes, Stephen
      Poitevin, Phillip
      Underwriting

# INHOUSE REVIEW

January 31, 2002

Dept. or Name _Underwriting_ (signature)

**NAME/CITY:** Charles H. Evans, Jr.
Jackson, MS

**APPLICATION:** Approved Atty. Status

**COMMENT:** _(signature)_

Indicate in the comment line any information you might know regarding the applicant. If you do not have a comment, indicate, NO COMMENT. Please respond and return to the Agency Department within 5 days.

Thanks,
Agency

cc:  Escrow
     Hernando Office
     Higdon, Mark
     Matrick, Morton
     Oakes, Stephen
     Poitevin, Phillip
     Underwriting

# INHOUSE REVIEW

January 31, 2002

Dept. or Name     *Escrow*

**NAME/CITY:**     Charles H. Evans, Jr.
                  Jackson, MS

**APPLICATION:**   Approved Atty. Status

**COMMENT:**       *No Comment*

Indicate in the comment line any information you might know regarding the applicant. If you do not have a comment, indicate, NO COMMENT. Please respond and return to the Agency Department within 5 days.

Thanks,
Agency


cc:     Escrow
        Hernando Office
        Higdon, Mark
        Matrick, Morton
        Oakes, Stephen
        Poitevin, Phillip
        Underwriting

02/01/2002  10:10   5912283                    DIANE ROY ATTORNEY                                PAGE  01

02/01/2002   09:39    MISS VALLEY TITLE INS → 918006582996                            NO.716   D01



# MISSISSIPPI VALLEY TITLE INSURANCE COMPANY

315 Tombigbee Street (39201)
P.O. Drawer 2428
Jackson, Mississippi 39225-2428
601/969-0222
soakes@mvt.com

Stephen H. Oakes
Vice President
Business Development

February 1, 2002

Mr. Thomas J. Lowe, Jr.
Attorney at Law
N. College
Brandon, MS 39042

Charles H. Evans, Jr. of Jackson, MS has applied to become an approved attorney for Mississippi Valley Title Insurance Company and has listed you as a professional reference.

Mississippi Valley Title issues title insurance based on the certificates of attorneys whose integrity, diligence and professional competence meet the requirements of our company.

Without responsibility on your part, please answer the following questions to the best of your knowledge. All responses are kept in strictest confidence.

1. Are you personally acquainted with the above?                          Yes X    No __
2. Is his/her ethical standing good in your community?                    Yes X    No __
3. Is he/she reasonably experienced in title work?                        Yes X    No __
4. Do you feel that we would be safe in accepting
   his/her opinions on land titles?                                       Yes X    No __
5. Do you recommend, without obligation, that we
   place him/her on our approved list?                                    Yes X    No __

Signed _____

Thank you for your assistance in this matter.

***Please fax to Agency Dept. - ATTN: Bonnie 969-2215

Yours very truly,

Stephen H. Oakes
Vice President

SHO/bw

Member of the Old Republic Title Insurance Group

MVT-01-000201

# MISSISSIPPI VALLEY TITLE INSURANCE COMPANY

## CHANGE SHEET FOR APPROVED LIST

Change Date:        02/06/2002

County/City:        Hinds/Jackson

Class:              Approved Attorney

Assign Number:      525241

Attorney/Firm Name:  Charles H. Evans Jr.
                     4560 Office Park Drive
                     Jackson, MS  39236-3783
                     Phone #    601-362-1282
                     FAX #      601-987-8230


Remarks: Add To List As An Approved Atty.