# Watkins & Eager PLLC
## BUYER'S AND SELLER'S COMBINED CLOSING STATEMENT

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☒ Conv. Unins.<br>4. ☐ VA  5. ☐ Conv. Ins. | 6. File Number<br>31080 | 7. Loan Number | 8. Mortgage Insurance Case Number | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Hanover Investments, LLC<br>4560 Office Park Drive<br>Jackson, MS 39206 | G & B Investments, Inc.<br>14 Twelve Oaks<br>Madison, MS 39110 | G & B Investments, Inc.<br>14 Twelve Oaks<br>Madison, MS 39110 |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 84.56 acre parcel & 20.54 acre parcel<br>SW 1/4 of S1; NE 1/4 & NW 1/4, S12, T7N, R1E,<br>Park Place Boulevard, Madison County, Mississippi | Watkins & Eager PLLC<br>Roger W. Williams | |
| | Place of Settlement<br>P. O. Box 650<br>Jackson, MS 39205-0650 | I. Settlement Date<br>07/23/08<br>DD: 07/23/08 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 16,000,000.00 | 401. Contract sales price | 16,000,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 106,376.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes     to | | 406. City/town taxes     to | |
| 107. County taxes     to | | 407. County taxes     to | |
| 108. Assessments     to | | 408. Assessments     to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 16,106,376.00 | 420. GROSS AMOUNT DUE TO SELLER | 16,000,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 20,000.00 | 501. Excess Deposit (see instructions) | 20,000.00 |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 2,745,619.31 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Seller Financing | 11,000,000.00 | 506. Seller Financing | 11,000,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes     to | | 510. City/town taxes     to | |
| 211. County taxes  01/01 to 07/23 | 1,161.52 | 511. County taxes  01/01 to 07/23 | 1,161.52 |
| 212. Assessments     to | | 512. Assessments     to | |
| 213. | | 513. | |
| 214. Credit-HC Special Assessment | 7,400.68 | 514. Credit-HC Special Assessment | 7,400.68 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 11,028,562.20 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 13,774,181.51 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 16,106,376.00 | 601. Gross amount due to seller (line 420) | 16,000,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 11,028,562.20 | 602. Less reduction amount due to seller (line 520) | 13,774,181.51 |
| 303. CASH     FROM     BORROWER | 5,077,813.80 | 603. CASH     TO     SELLER | 2,225,818.49 |


EXHIBIT 13

07-23-2008 at 11:47 AM

# BUYER AND SELLER COMBINED CLOSING STATEMENT

File Number: 51880

| | L. SETTLEMENT CHARGES: | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ 15,000,000.00 @ = 250,000.00 | | | | | |
| | Division of commission (line 700) as follows: | | | | | |
| 701. | $ 250,000.00 to Lee Hawkins Realty, Inc. | | | | | |
| 702. | $ to | | | | | |
| 703. | Commission paid at Settlement | | | | | 250,000.00 |
| 704. | | | | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | | P.O.C. | | |
| 801. | Loan Origination Fee | % | | | | |
| 802. | Loan Discount | % | | | | |
| 803. | Appraisal Fee | to | | | | |
| 804. | Credit Report | to | | | | |
| 805. | Lender's Inspection Fee | to | | | | |
| 806. | Mtg. Ins. App. Fee | to | | | | |
| 807. | Assumption Fee | to | | | | |
| 808. | Underwriting Fee | | | | | |
| 809. | Doc Prep Fee | | | | | |
| 810. | Tax Service Fee | | | | | |
| 811. | Flood Cert. Fee | | | | | |
| 812. | | | | | | |
| 813. | | | | | | |
| 814. | | | | | | |
| 815. | | | | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. | Interest from to @$ /day | | | | | |
| 902. | Mortgage Ins. Prem. to | | | | | |
| 903. | Hazard Ins. Prem. yrs. to | | | | | |
| 904. | | | | | | |
| 905. | | | | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | | | | |
| 1001. | Hazard Insurance | mo. @$ | / mo. | | | |
| 1002. | Mortgage Insurance Premium | mo. @$ | / mo. | | | |
| 1003. | City Property Taxes | mo. @$ | / mo. | | | |
| 1004. | County Property Taxes | mo. @$ | / mo. | | | |
| 1005. | Annual Assessments | mo. @$ | / mo. | | | |
| 1006. | | mo. @$ | / mo. | | | |
| 1007. | | mo. @$ | / mo. | | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | | | |
| 1100. | TITLE CHARGES | | | | | |
| 1101. | Settlement or closing fee | to | | | | |
| 1102. | Abstract or title search | to | First American Abstract Company | | 1,625.00 | |
| 1103. | Title examination | to | | | | |
| 1104. | Title insurance binder | to | | | | |
| 1105. | Document Prep Fee | to | | | | |
| 1106. | Notary fees | to | | | | |
| 1107. | Attorney's fees | to | Watkins & Eager PLLC | | 80,000.00 | |
| | (includes above item No: ) | | | | | |
| 1108. | Title Insurance | to | Mississippi Valley Title Insurance Company | | 16,308.00 | 27,180.00 |
| | (includes above item No: ) | | | | | |
| 1109. | Lender's coverage | | | | | |
| 1110. | Owner's coverage | Owner's Policies for both Buyer & Seller (special rates) | | | | |
| 1111. | (Reissue rate-borrower policy) | | | | | |
| 1112. | Seller's counsel-atty fees/exp | | McGlinchey Stafford PLLC | | | 59,900.00 |
| 1113. | Title research | | First Guaranty Title, Inc. | | 2,100.00 | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. | Recording fees | Deed $ | ; Mortgage $ | ; Releases $ | | |
| 1202. | | Deed $ | ; Mortgage $ | | | |
| 1203. | | Deed $ | ; Mortgage $ | | | |
| 1204. | | Deed $ | ; Mortgage $ | | | |
| 1205. | | | | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. | Survey | to | Benchmark Engineering & Surveying, LLC | | | 8,405.31 |
| 1302. | Pest inspection | to | | | | |
| 1303. | Engineering work | | Mandrop Wages, LLC | | 5,370.00 | |
| 1304. | Title Search | | First Guaranty Title, Inc. | | 800.00 | |
| 1305. | Misc. Costs/Expenses | | Watkins & Eager PLLC | | 125.00 | |
| 1306. | Recording Fees - Cancellations | | Madison County Chancery Clerk | | | 134.00 |
| 1307. | Recording Fees | | Madison County Chancery Clerk | | 48.00 | |
| 1308. | Payoff | | BankPlus | | | 2,400,000.00 |
| 1400. | TOTAL SETTLEMENT CHARGES | (enter on lines 103 and 502, Sections J and K) | | | 106,376.00 | 2,745,619.31 |

07-23-2008 at 11:47 AM

## ADDENDUM TO CLOSING STATEMENT

I have carefully reviewed the Closing Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Closing Statement.

**BORROWER:**

HANOVER INVESTMENTS, LLC,
a Mississippi limited liability company

By: *Charles H Evans*
Name: Charles H Evans
Title: Managing Member

**SELLER:**

G & B INVESTMENTS, INC.,
a Mississippi corporation

By: *D Joseph Brata*
D. Joseph Brata, President


The Closing Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

**Watkins & Eager PLLC**

By: _____, Settlement Agent

Dated: July 23, 2008

Note: Per the Real Estate Agreement, Seller is to pay Lee Hawkins Realty, Inc., a real estate commission of 5%. Based on a sales price of $16,000,000.00, the real estate commission is $800,000.00. However, Seller and the real estate agent have agreed that at closing Seller shall pay a real estate commission based on the sales price, less the seller financing of $11,000,000.00. Accordingly, the real estate commission paid at closing will be $250,000.00 ($5,000,000.00 x .05 = $250,000.00). The remainder of the real estate commission will be paid when the seller financing is paid, per an agreement between Seller and real estate agent.

Note: Per the Real Estate Agreement Seller is to pay all special assessments. As a result, Seller is giving Buyer/Borrower a credit for the estimated remainder of the Highland Colony Parkway Special Assessment on line 214.