IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JON CHRISTOPHER EVANS           Case No. 09-03763-NPO
AND JOINTLY ADMINISTERED
RELATED CASES

DEBTORS                          Chapter 7

---

G&B INVESTMENTS, INC.                                    PLAINTIFF

VS.                                    ADV. PROC. NO. 10-00040-NPO

DEREK A. HENDERSON, TRUSTEE
FOR THE BANKRUPTCY ESTATE OF
JOHN CHRISTOPHER EVANS, ET AL                            DEFENDANTS

---

**TITLE COMPANIES' MOTION FOR LEAVE TO
SUPPLEMENT EXPERT REPORT OF JAMES BRUCE DAVIS**

---

Mississippi Valley Title Insurance Company and Old Republic National Title Insurance Company (the "Title Companies") file this motion for leave to supplement the expert report of James Bruce Davis. In support thereof, the Title Companies show unto the Court as follows:

1.  James Bruce Davis was designated as an expert by the Title Companies on (a) the customs and practices in the title insurance and mortgage lending industries; (b) Charles Evans's relationship to the Title Companies and other parties in this litigation regarding the mortgage loan transactions and real estate sales transaction pertaining to the real property commonly referred to in this litigation as Tract 4; and (c) the opinions contained in his reports prepared in this case. [Dkt. No. 249].

2.  After his designation, Mr. Davis authored an additional publication that should be disclosed and which is indentified on the supplemental report attached as Exhibit A.

1

3. Further, Mr. Davis received and reviewed the expert report of George Pierson, who was designated by G&B Investments, Inc. and Bank of Forest. Based on this review, Mr. Davis offers the opinions attached in Exhibit A. The proposed supplemental opinions of Mr. Davis are within the scope of his designation before the Court. [Dkt. No. 249]. Mr. Davis's opinions do not introduce new issues; rather, they are only offered as rebuttal opinions in response to the opinions of Mr. Pierson.

4. The deadline for all parties to complete expert discovery in this matter is January 28, 2011. [Dkt. No. 268]. No expert depositions have been taken in this matter. The first scheduled deposition is of George Pierson on January 18, 2011.

5. Other parties in this matter have sought leave to supplement expert opinions and this Court granted such leave. [*see, e.g.,* Dkt. Nos. 248, 254].

6. No party will be prejudiced through the relief requested in this motion.

FOR THESE REASONS, the Title Companies respectfully request that this Court grant their motion for leave to supplement the expert report of James Bruce Davis in the form attached as Exhibit A, enter an order as attached as Exhibit B, and grant any additional relief deemed appropriate by this Court.

**RESPECTFULLY SUBMITTED,** this the 5th day of January, 2011.

    MISSISSIPPI VALLEY TITLE INSURANCE
    COMPANY and OLD REPUBLIC TITLE
    INSURANCE COMPANY

    BY:  /s/ *M. Scott Jones*
        William C. Brabec (MSB No. 4240)
        M. Scott Jones (MSB No. 102239)
        **ADAMS AND REESE LLP**
        111 E. Capitol Street, Suite 350 (39201)
        Post Office Box 24297
        Jackson, MS  39225-4297
        Telephone:    601-353-3234

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, a copy of the foregoing has been served by electronic filing through the ECF System, which provides electronic notice to all parties of record, including the following:

| | |
|---|---|
| William Liston<br>wlist3@aol.com | Terry Levy<br>tlevy@danielcoker.com |
| Lawrence Deas<br>ldeas@aol.com | Richard Bradley<br>rbradley@danielcoker.com |
| Kristina Johnson<br>kjohnson@watkinsludlam.com | Jeffrey Tyree<br>jktyree@harrisgeno.com |
| Dale Danks<br>ddanks@dmc-law.net | Jeff Rawlings<br>rrm_h@bellsouth.net |
| Michael Cory<br>mc@dmc-law.net | Mike MacInnis<br>mikems@bellsouth.net |
| Michael Simmons<br>mike@cs-law.com | Derek Henderson<br>d_henderson@bellsouth.net |

      This the 5th day of January, 2011.

                                              /s/ *M. Scott Jones*
                                              M. Scott Jones